**Hector RIVERA, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 01–3305.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2001.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Charles R. JORDAN, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 01–3349.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2001.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.